PROB 12C
(6/16)

Report Date: September 14, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2016

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margaret Buchanan | Case Number: 1:15CR02044-SAB-2 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 2, 2016

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison 7 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 18, 2016 |
| Defense Attorney: | Lee Edmond | Date Supervision Expires: August 17, 2019 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition** : The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Special Condition # 19** : You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 23, 2016, Ms. Buchanan submitted a positive urinalysis for opiates and cocaine at Merit Resources Services (Merit) in Yakima, Washington.  Ms. Buchanan admitted to using the controlled substances and signed a drug use admission form.

After leaving Merit, Ms. Buchanan reported to the Probation office to speak with this officer.  Ms. Buchanan stated she was given heroin and cocaine by a friend and she used the substances on August 22, 2016.

Prob12C
**Re: Buchanan, Margaret**
**September 14, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 14, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[XX]    The Issuance of a Summons
[ ]    Other

_Stanley A. Bastian_
Signature of Judicial Officer

9/14/2016
Date