# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margaret Buchanan | Case Number: 0980 1:15CR02044-MKD-2 |
| Address of Offender: | Yakima, WA 98902 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: March 2, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 7 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 18, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 17, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence** On August 19, 2016, Ms. Buchanan signed her conditions of supervised release relative to docket number 1:15CR02044-MKD-2, indicating she understood all conditions as ordered by the Court.

Ms. Buchanan violated Special Condition #15, on October 8, 2017, by consuming an illegal controlled substance. On October 11, 2017, Ms. Buchanan admitted to this officer that she consumed heroin on Sunday, October 8, 2017. She also provided a presumptive positive urinalysis test that was sent to Alere Toxicology Services for confirmation.

| | |
|---|---|
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer. |

**Supporting Evidence**: On August 19, 2016, Ms. Buchanan signed her conditions of supervised release relative to docket number 1:15CR02044-MKD-2, indicating she understood all conditions as ordered by the Court.

On October 6, 2017, Ms. Buchanan was directed by this officer to report to the U.S. Probation Office on October 10, 2017, for a urinalysis test. On October 4, 2017, Ms. Buchanan was sanctioned by the Sobriety Treatment and Education Program (STEP) team to report daily for urinalysis testing for at least 30 consecutive days, due to her recent use of controlled substances.

Ms. Buchanan failed to report to U.S. Probation on October 10, 2017, to provide a urinalysis test as directed. She contacted this officer at 5:27 p.m. on October 10, 2017, and stated she was sorry she did not report as directed. Ms. Buchanan stated she needed to talk with this officer about going to inpatient treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 12, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

M. K. Dimke

Signature of Judicial Officer
10/12/2017
Date