PROB 12C
(6/16)

Report Date: May 16, 2018

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 16 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Margaret Buchanan  Case Number: 0980 1:15CR02044-SAB-2

Address of Offender: ███████████████ Yakima, WA 98902

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 2, 2016

Original Offense: Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 7 months;    Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: Thomas J. Hanlon    Date Supervision Commenced: August 18, 2016

Defense Attorney: Federal Defender's Office    Date Supervision Expires: August 17, 2019

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number  Nature of Noncompliance

1  **Special Condition #19**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence** On August 19, 2016, Ms. Buchanan signed her conditions of supervised release relative to docket number 1:15CR02044-SAB-2, indicating she understood all conditions as ordered by the Court.

Ms. Buchanan violated Special Condition #19, on or about May 9, 2018, by consuming an illegal controlled substance. On May 9, 2018, Ms. Buchanan provided a presumptive positive urinalysis (UA) test for opiates. Ms. Buchanan denied consuming any controlled substance and the UA was sent to Alere Toxicology (Alere) for confirmation. On May 14, 2018, Alere sent United States Probation a drug test report showing the UA tested positive for morphine and was dilute.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 16, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/16/18
Date